

# THE THIRTEENTH COURT OF APPEALS

13-17-00704-CV

Lora Rae Childress
v.
Danny Ray Regalado

On appeal from the
25th District Court of Gonzales County, Texas
Trial Cause No. 26585

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and the cause remanded to the trial court. The Court orders the judgment of the trial court REVERSED and the cause REMANDED for further proceedings consistent with its memorandum opinion. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

August 23, 2018